1  DOUGLAS J. MELTON  State Bar #161353
   HELEN MCFARLAND State Bar #231501
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   Telephone:   (415) 397-2222
4  Facsimile:   (415) 397-6392
   Email:       dmelton@longlevit.com
5               hmcfarland@longlevit.com

6  *Attorneys for Defendant*
   S.A.W. Entertainment Limited ("S.A.W.")
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JESSICA JACKSON, individually and on behalf of all others similarly situated,<br>12<br>13          Plaintiff,<br>14  vs.<br>15  S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD; LARRY FLYNT'S HUSTLER CLUB; DEJA VU, and Does 1-50,<br>16<br>17          Defendant. | CASE No. CV 09 0448<br><br>**STIPULATION REGARDING DEADLINE FOR RESPONSE TO COMPLAINT ; ORDER**<br><br>Action Filed: January 30, 2009<br>Judge:        The Honorable Edward M. Chen |

18

19          IT IS HEREBY STIPULATED AND AGREED by and between JESSICA

20  JACKSON and S.A.W. ENTERTAINMENT LIMITED, through their respective counsel of

21  record, that S.A.W. ENTERTAINMENT LIMITED has until February 27, 2009 to file a response

22  to Plaintiff's Complaint.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION REGARDING DEADLINE FOR RESPONSE TO COMPLAINT

1  By filing this stipulation, the parties agree that S.A.W. ENTERTAINMENT
2  LIMITED does not waive any rights it may have regarding its contention that this matter should
3  be resolved through binding arbitration and not in court.
4  SO STIPULATED.

7  Dated: February 17, 2009          LONG & LEVIT LLP

9                                    By _____
10                                    DOUGLAS J. MELTON
                                      Attorneys for Defendant
11                                    S.A.W. Entertainment Limited
                                      ("S.A.W.")

13  Dated: February 18, 2009         MCINERNEY & JONES

16                                    By _____
                                      KEVIN MCINERNEY
17                                    Attorneys for Plaintiff JESSICA
                                      JACKSON

DOCS\S0301-082\560371.V1

20  IT IS SO ORDERED

23  _____
    Edward M. Chen
24  U.S. Magistrate Judge

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION REGARDING DEADLINE FOR RESPONSE TO COMPLAINT