DOUGLAS J. MELTON  State Bar #161353
HELEN MCFARLAND State Bar #231501
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392
Email:         dmelton@longlevit.com
                   hmcfarland@longlevit.com

*Attorneys for Defendant*
S.A.W. Entertainment Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD; LARRY FLYNT'S HUSTLER CLUB; DEJA VU, and Does 1-50,<br><br>Defendant.<br><br>S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD<br><br>Counter-Claimant,<br><br>vs.<br><br>JESSICA JACKSON,<br><br>Counter-Defendant. | CASE No. CV 09 0448-EMC<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER RE: SUSPENSION OF LITIGATION DEADLINES PENDING EXECUTION OF SETTLEMENT DOCUMENTS**<br><br><br>Dept:  C<br>Judge: The Honorable Edward M. Chen |

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION AND [PROPOSED] ORDER RE: SUSPENSION OF LITIGATION DEADLINES PENDING EXECUTION OF SETTLEMENT DOCUMENTS

1  WHEREAS the Parties have reached agreement as to the substantive terms of a settlement disposing of all Plaintiff's individual claims, and of the counterclaims, in this action and are in the process of preparing a written settlement agreement, IT IS HEREBY STIPULATED by and between all Parties to this litigation, through their respective counsel, that all pending litigation deadlines, as set forth in the Court's scheduling orders, or otherwise dictated by the Federal Rules of Civil Procedure, shall be suspended pending the Parties' report to the Court regarding their progress of finalizing settlement documents and/or their filing of a Stipulation of Dismissal. Such a report will be submitted and/or Stipulation of Dismissal will be filed as soon as possible and no later than September 28, 2009.

This stipulation is not entered into for the purpose of delay but rather to preserve judicial resources and avoid unnecessary attorney's fees as the parties work to effectuate the settlement.

IT IS SO STIPULATED:   A case management conference is set for 10/14/09 at 2:30pm. A joint CMC statement shall be filed by 10/7/09.

Dated: July 28, 2009

LONG & LEVIT LLP

By _____
DOUGLAS J. MELTON
Attorneys for Defendant/Counterclaimant
SAW ENTERTAINMENT LIMITED

Dated: July 28, 2009

McINERNEY & JONES

By _____
KEVIN McINERNEY
Attorneys for Plaintiff/Counter-Defendant JESSICA JACKSON

Pursuant to the Stipulation of the Parties, it is so ORDERED.

Dated: ~~August ____, 2009~~   July 31, 2009

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCS\S0301-082\567002.V1

2

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

STIPULATION AND [PROPOSED] ORDER RE: SUSPENSION OF LITIGATION DEADLINES PENDING EXECUTION OF SETTLEMENT DOCUMENTS