| | |
|---|---|
| 1 | DOUGLAS J. MELTON State Bar #161353 |
| | HELEN MCFARLAND State Bar #231501 |
| 2 | LONG & LEVIT LLP |
| | 465 California Street, Suite 500 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 397-2222 |
| 4 | Facsimile: (415) 397-6392 |
| | Email: dmelton@longlevit.com |
| 5 | hmcfarland@longlevit.com |

*Attorneys for Defendant*
S.A.W. Entertainment Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA JACKSON, individually and on behalf of all others similarly situated, | CASE No. CV 09 0448-EMC |
| Plaintiff, | |
| vs. | |
| S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD; LARRY FLYNT'S HUSTLER CLUB; DEJA VU, and Does 1-50, | **STIPULATION OF DISMISSAL WITH PREJUDICE ; ORDER** |
| Defendant. | |
| S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD | Dept: C |
| Counter-Claimant, | Judge: The Honorable Edward M. Chen |
| vs. | |
| JESSICA JACKSON, | |
| Counter-Defendant. | |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION OF DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,
2  through their respective counsel of record, that the Complaint of JESSICA JACKSON against
3  S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD, et al., and the
4  Counter-Claim by S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD
5  against JESSICA JACKSON, both be dismissed with prejudice pursuant to Federal Rule of Civil
6  Procedure 41(a)(1).

8  Dated: August 27, 2009

10 SAW ENTERTAINMENT LTD                          LONG & LEVIT LLP

12 _____                      By_____
   Joe Carouba                                    DOUGLAS J. MELTON
13                                                Attorneys for Defendant/Counterclaimant
                                                  SAW ENTERTAINMENT LIMITED

16 Dated: August ___, 2009

18                                                McINERNEY & JONES

20 _____                      By_____
   JESSICA JACKSON                                KEVIN McINERNEY
21                                                Attorneys for Plaintiff/Counter-
                                                  Defendant JESSICA JACKSON

23 DOCS\S0301-082\566977.V1

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

2

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, that the Complaint of JESSICA JACKSON against S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD, et al., and the Counter-Claim by S.A.W. ENTERTAINMENT LIMITED aka SAW ENTERTAINMENT, LTD against JESSICA JACKSON, both be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August ___, 2009

SAW ENTERTAINMENT LTD

_____
Joe Carouba

Dated: August 26, 2009

_____
JESSICA JACKSON

LONG & LEVIT LLP

By_____
DOUGLAS J. MELTON
Attorneys for Defendant/Counterclaimant
SAW ENTERTAINMENT LIMITED

McINERNEY & JONES

By_____
KEVIN McINERNEY
Attorneys for Plaintiff/Counter-
Defendant JESSICA JACKSON

DOCS\S0301-082\566977.V1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

2
STIPULATION OF DISMISSAL WITH PREJUDICE